Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>PATRICIA HOLMES, an individual;<br>MOHD ARAFAT, an individual;<br>KDAYA JOHNSON, an individual;<br>THERESA PENNY, an individual;<br>PAUL RAND, an individual;<br>SCOTT SWIBERG, an individual;<br>ALISSA CAVANAUGH, an individual; and<br>THOMAS KINISON, an individual,<br><br>        Defendants. | Civil Action No. 16-cv-551RSM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF ALISSA CAVANAUGH (DOE 15) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant Alissa Cavanaugh (Does 15) agreed to (a) cease directly, contributorily or indirectly infringing Plaintiff's rights in its valid and enforceable copyrighted work *London Has Fallen*, Copyright Registration No. PA 1-982-831, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) destroy all unauthorized copies or parts thereof of *London Has Fallen* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive

STIPULATION OF DISMISSAL - 1
Civil Action No. 16-cv-551RSM
INIP-6-0032P24 SDMISS - Doe 15

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453
   Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES$^{PLLC}$
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

Alissa Cavanaugh, *pro se*
   alissa.cavanaugh@outlook.com
9900 12th Ave W., P103
Everett, WA 98204
T: 425.260.2622

STIPULATD DISMISSAL - 2

Civil Action No. 16-cv-551RSM
INIP-6-0032P24 SDMISS - Doe 15

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) pay Plaintiff a monetary sum for statutory damages, Plaintiff hereby dismisses its claims against Defendant with prejudice and with each side bearing its own fees and costs.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301 | /s/ Cavh<br>Alissa Cavanaugh, *pro se*<br>alissa.cavanaugh@outlook.com<br>9900 12th Ave W., P103<br>Everett, WA 98204<br>T: 425.260.2622 |

*Attorneys for Plaintiff*

STIPULATD DISMISSAL - 7
Civil Action No. 16-cv-5510SM

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 · F: 206.381.3301