UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC, | Case No. C16-551 RSM |
| Plaintiff, | ORDER FOR ENTRY OF DEFAULT |
| v. | |
| DOE 1, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff LHF Productions, Inc.'s ("LHF") Second Motion for Order to Show Cause and for Sanctions. Dkt. #78. For the reasons discussed herein the Court ORDERS the entry of default against Defendant Patricia Holmes.

On March 22, 2017, the Court issued an Order to Show Cause directing Ms. Holmes to explain why she should not be ordered to participate in the parties' required Rule 26(f) conference and Joint Status Report preparation. Dkt. #77 at 1. Ms. Holmes was also asked to explain why she should not be sanctioned for failing to meet her Rule 26(f) obligation. *Id.* As of the date of this Order, Ms. Holmes has not complied with the Court's request. LHF now seeks the imposition of sanctions, an entry of default, and an award of attorney fees and costs against Ms. Holmes. Dkt. #78 at 1-2.

ORDER FOR ENTRY OF DEFAULT - 1

Because Ms. Holmes has not responded to the Court's Order to Show Cause, the Court DIRECTS the Clerk of the Court to enter default against Ms. Holmes. The entry of default against Ms. Holmes is an appropriate sanction for her failure to respond. LHF's request for an award of attorney fees and costs will be considered by the Court when LHF files its motion for default judgment.

DATED this 2nd day of May 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE