UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., | CASE NO. C16-551RSM |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| PATRICIA HOLMES, an individual; KDAYA JOHNSON, an individual; THERESA PENNY, an individual; SCOTT SWIBERG, an individual; and THOMAS KINISON, an individual; | |
| Defendants. | |

This matter comes before the Court sua sponte. The above-captioned case was filed on April 15, 2016. The last remaining Defendant against whom judgment has not been entered, Patricia Holmes, was ordered in default on May 8, 2017. No activity has taken place since May 12, 2017, when Plaintiff's prior appeal was dismissed for failure to prosecute.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than July 3, 2018. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, July 6, 2018.

Dated this 19 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1